# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:18-CV-00005-RJC-DSC

| | |
|---|---|
| BETSY W. MASSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED ORDER** |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Extension of Time" (document #6) filed May 22, 2018. For the reasons set forth therein, the Motion will be granted.

Plaintiff's deadline to file her dispositive motion and supporting memorandum is extended to June 28, 2018. Defendant's deadline to file her dispositive motion and supporting memorandum is extended to August 28, 2018.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: May 24, 2018

David S. Cayer
United States Magistrate Judge