# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Betsy W. Massey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00005-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2019 Order.

March 25, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court